IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| *IN RE:* JAMES T. TURNER, JR., | * | |
| Debtor, | * | CV 417-076 |
| | * | |
| RICHARD P. VAN BENSCHOTEN, | * | Chapter 7 |
| | * | No. 15-40525-EJC |
| Plaintiff-Appellee, | * | |
| | * | Adversary |
| v. | * | No. 16-04004-EJC |
| | * | |
| JAMES T. TURNER, JR., | * | Related Adversary |
| | * | No. 15-04037-EJC |
| Defendant-Appellant. | * | |

**O R D E R**

Presently before the Court is the parties' joint stipulation of voluntary dismissal with prejudice. (Doc. 3.) The stipulation specifies that parties are to bear their own costs associated with the present interlocutory appeal from the underlying bankruptcy adversary proceedings. (Id.) The stipulation is signed by all parties in the case. (Id.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1) and Federal Rule of Bankruptcy Procedure 8023. **IT IS THEREFORE ORDERED** that Defendant-Appellant James T. Turner, Jr.'s present interlocutory appeal is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of June, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA